UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH PETERSMARK,

    Plaintiff,

Case No. 1:24-cv-604

Hon. Ray Kent

v.

MICHAEL BURGESS, *et al.*,

    Defendants.

_____/

## JUDGMENT

In accordance with the Opinion and Order entered this day, Judgment is entered in favor of defendants and against plaintiff Joseph Robert Petersmark.

Date: September 11, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge